# GENERAL RELEASE

WHEREAS, _Marilena Perez_ (hereinafter, "Plaintiff") is a plaintiff in the above-captioned lawsuit (the "Lawsuit"); and

WHEREAS, the parties to the Lawsuit have agreed to resolve the disputes between them pursuant to the Settlement Agreement and Release approved by the Court;

THEREFORE, in consideration of the mutual covenants and promises made by the parties in the Settlement Agreement and Release approved by the Court, into which this General Release is incorporated by reference, and for other good and valuable consideration, the adequacy and sufficiency of which are expressly acknowledged, it is agreed as follows:

1. **General Release and Waiver of Claims by Plaintiff.** Plaintiff, for herself and her heirs, representatives, successors, and assigns, does hereby irrevocably and unconditionally release, acquit, and forever discharge Butterball, LLC, North State Services, LLC, Timothy Reid Fulcher, and Heather Brooke Fulcher, as well as Butterball, LLC's and North State Services, LLC's past, present, and future parent companies, subsidiaries, affiliates, related companies, officers, directors, employees, agents, attorneys, representatives, successors, and assigns from any and all claims, demands, causes of action, suits, and liabilities from the beginning of time until the date of this Agreement, including but not limited to claims arising from, out of, or otherwise relating to the Lawsuit. This general release includes any and all claims, demands, grievances, causes of action, suits, and liabilities of every kind, character, and description whatsoever, both legal and equitable, under federal or state statutes or common law, whether known or unknown, including but not limited to claims for compensatory damages, punitive damages, back pay reinstatement, attorneys' fees, expenses and costs, including but not limited to all claims arising under the Fair Labor Standards Act, 29 U.S.C. 201, _et seq._, the North Carolina Wage and Hour Act, N.C. Gen. Stat. § 95-2A; the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621 _et seq._, Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e _et seq._, the Family and Medical Leave Act, as amended, 29 U.S.C. § 2601 _et seq._; the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. § 12101 _et seq._, the Employee Retirement Income Security Act of 1974 ("ERISA"), and the North Carolina Retaliatory Employment Discrimination Act, N.C. Gen. Stat. § 95-240 _et seq._, as well as those claims which were or could have been included in the Lawsuit. Plaintiff agrees that Plaintiff is waiving Plaintiff's right to any monetary recovery should any governmental agency or entity, including but not specifically limited to, the Equal Employment Opportunity Commission and the Department of Labor, pursue any claims on Plaintiff's behalf. Nothing herein purports to release claims which may arise after the date on which this Agreement is executed or which cannot be released by law.

2. **Covenant Not to Sue.** Plaintiff hereby covenants and agrees that she will not file or permit to be filed on her behalf, any action, suit, or administrative proceeding, or take any other action which seeks to pursue or enforce any claim, demand, cause of action, suit, or liability which she has released herein.

3. **Severability.** If any provision of this General Release as applied to any party or to any circumstance shall be deemed to be illegal, invalid, or unenforceable, such illegality, invalidity, or unenforceability shall not affect the remainder hereof or its validity or enforceability in any jurisdiction.

4. **Entire Agreement; Modification.** This General Release, along with the Settlement Agreement and Release into which it is incorporated by reference, constitute the entire agreement between the parties with respect to the subject matter hereof, and supersedes all prior or contemporaneous agreements, whether written or oral. This General Release may be amended, modified, supplemented, waived, discharged, or terminated only by a written document signed by all parties hereto and approved by the Court.

5. **Choice of Law.** This Agreement is intended and shall be construed in accordance with the laws of the State of North Carolina, or applicable federal law.

6. **Acknowledgment.** Plaintiff represents and warrants that she has been given a reasonable period of time to consider this Agreement; that she has read the entire Agreement; that she has been provided with a translation into Spanish by her counsel as necessary; that she has consulted her attorney about the meaning and intent of the Agreement; and that she enters into this Agreement of her own free will, without coercion, undue influence, threat, or intimidation of any kind, with the intention of being legally bound to its terms. Plaintiff acknowledges and agrees that she has not previously assigned or transferred any claims that she has released by this Agreement.

**THE UNDERSIGNED HEREBY STATES THAT SHE HAS CAREFULLY READ THE FOREGOING AGREEMENT, KNOWS THE CONTENTS THEREOF, AND SIGNS THE SAME OF HER OWN FREE ACT.**

This the 15 day of June, 2020.

_Marilena perez_
Signature

_Marilena perez_
Printed Name