IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARILENA PEREZ and MARIAM MALAVE-VEGA on behalf of themselves and all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>BUTTERBALL, LLC, NORTH STATE SERVICES, LLC, TIMOTHY REID FULCHER, and HEATHER BROOKE FULCHER,<br><br>Defendants. | COLLECTIVE ACTION<br>29 U.S.C. § 216(b)<br><br>CIVIL ACTION NO.:<br>5:20-cv-113-FL |

## ORDER

This matter is before the Court on the parties' Joint Motion for Approval of Settlement Agreement asking the Court to approve the settlement agreement executed by Counsel for the Parties on behalf of plaintiffs Marilena Perez and Miriam Malave-Vega, by their counsel of record, and on behalf of defendants Butterball, LLC, North State Services, LLC, Timothy Reid Fulcher, and Heather Brooke Fulcher, by their counsel of record, with respect to plaintiffs' claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, claim asserted in this case. Based on the information presented, the Court finds that the settlement is a fair and reasonable resolution of a bona fide FLSA dispute, has been obtained without any collusion by the parties or their respective counsel, and that the relief requested in the Joint Motion and Supporting Memorandum for Approval of FLSA Settlement Agreement is fair, reasonable, and appropriate.

IT IS THEREFORE ORDERED that the parties' Joint Motion for Approval of FLSA Settlement Agreement is GRANTED, and the settlement agreement between the

parties IS APPROVED. The Court shall retain jurisdiction over this action for a period of sixty (60) days after the date that this Order is filed to allow for the Parties to enforce the Settlement Agreement. At the expiration of that sixty (60) day period, absent motion by one of the Parties to this action, this action shall be DISMISSED WITH PREJUDICE.

Entered this the 13th day of July, 2020.

_____
Louise W. Flanagan
United States District Judge